# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2022 WY 19

*October Term, A.D. 2021*

*February 2, 2022*

MARK SHANNON WOOD,

**Appellant**
**(Defendant),**

**v.**

S-21-0233

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶ 1]   **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief in the time allotted.  Pursuant to a plea agreement, Appellant entered an unconditional guilty plea to one count of second-degree sexual assault.  Wyo.Stat.Ann. § 6-2-303(a)(ii).  The district court imposed a seven to twelve-year sentence.  Appellant filed this appeal to challenge the district court's August 27, 2021, Sentence.

[¶ 2]   On December 6, 2021, Appellant's court-appointed appellate counsel filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  This Court subsequently ordered that Appellant may "file with this Court a *pro se* brief which specifies the issues for the Court to consider in this appeal."  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw, and if appropriate, make a final decision" on this appeal.  Appellant's *pro se* brief was due for filing on or before January 20, 2022.  Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶ 3]   Now, following a careful review of the record and the *Anders* brief submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's judgment and sentence should be affirmed.  It is, therefore,

[¶ 4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Mark Shannon Wood, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶ 5]   **ORDERED** that the Campbell County District Court's August 27, 2021, Sentence be, and the same hereby is, affirmed.

[¶ 6]   **DATED** this 2nd day of February, 2022.

BY THE COURT:

/s/

**KATE M. FOX**
**Chief Justice**